# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA (Western Division – Los Angeles)
### CIVIL DOCKET FOR CASE #: 2:22−cv−03925−SB

Paul C. Bolin v. State of California  
Assigned to: Judge Stanley Blumenfeld, Jr  
Cause: 28:2254 Ptn for Writ of H/C – Stay of Execution

Date Filed: 06/07/2022  
Date Terminated: 06/10/2022  
Jury Demand: None  
Nature of Suit: 535 Death Penalty – Habeas Corpus  
Jurisdiction: Federal Question

**Petitioner**

**Paul C. Bolin**  represented by  **Paul C. Bolin**  
CDC E−88100  
California Medical Facility  
T−221  
PO Box 2000  
Vacaville, CA 95696−2000  
PRO SE

V.

**Respondent**

**State of California**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/07/2022 | 1 | PETITION FOR WRIT OF HABEAS CORPUS filed against State of California, filed by Petitioner Paul C. Bolin. (car) (Entered: 06/09/2022) |
| 06/09/2022 | 2 | NOTICE OF JUDGE ASSIGNMENT and Commencement of Capital Habeas Corpus Case. This capital habeas case was initiated on 6/7/2022 and has been assigned to Judge Stanley Blumenfeld, Jr for all further proceedings. (car) (Entered: 06/09/2022) |
| 06/10/2022 | 3 | ORDER OF TRANSFER by Judge Stanley Blumenfeld, Jr.: Because Petitioner seeks review of a conviction and sentence from Kern County Superior Court, which lies within the venue of the United States District Court for the Eastern District of California, 28 U.S.C. Section 84(b), the court ORDERS that pursuant to 28 U.S.C. Section 1404(a) and Habeas Local Rule 83−17.5(a), and in the interest of justice, the petition be TRANSFERRED to the United States District Court for the Eastern District of California. Case electronically transferred. (MD JS−6. Case Terminated.) (gk) (Entered: 06/13/2022) |