## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

**JUDGMENT IN A CIVIL CASE**

**PAUL C. BOLIN,**

CASE NO: **1:22–CV–00728–DAD**

v.

**STATE OF CALIFORNIA,**

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

IT IS ORDERED AND ADJUDGED

**THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 07/28/2022**

**Keith Holland**
Clerk of Court

ENTERED:  **July 28, 2022**

by: /s/ C. Maldonado
Deputy Clerk